IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| JAVIER CAZARES,<br>Plaintiff, | § § § | |
| v. | § § | Civil Action No.<br>DR-20-CV-027-AM/VRG |
| SASHA IANA KING and RYDER<br>TRUCK RENTAL, INC.,<br>Defendants. | § § § § § | |

**FILED**
MAY 27 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## ORDER OF DISMISSAL WITH PREJUDICE

On May 5, 2020, the parties filed a joint motion to dismiss that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. The joint motion to dismiss (ECF No. 8) is **GRANTED. IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 27th day of May, 2020.

_____
ALIA MOSES
United States District Judge